**FILED**
**CLERK**

10:18 am, Jul 06, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Michelle Tenzer-Fuchs, individually and on
behalf of all others similarly situated,

          Plaintiff,

   -against-

Four Mine, Inc.,

          Defendant.

Case No. 1:21-CV-01915-GRB-AKT

## STIPULATION TO STAY PROCEEDINGS

   WHEREAS Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") and Defendant Four Mine, Inc.

("Four Mine") (collectively, the "Parties") have been negotiating a settlement of this matter since

they moved the Court for an extension of time to answer on May 13, 2021 (Dkt. 8);

   WHEREAS The Parties have entered into a settlement agreement, fully executed on July

1, 2021, which provides for periods of 30 to 35 days for the Parties to complete certain

performances under the agreement, after which time the Parties contemplate that this case will be

dismissed;

   The Parties, by and through their attorneys, hereby stipulate and move this Honorable

Court to order the following:

1. A stay of all proceedings in this case shall be in effect through August 15, 2021,
   while the performance of pre-dismissal obligations under the settlement agreement is
   completed;

2. The Initial Conference certainly scheduled for July 6, 2021, in this matter shall be
   adjourned.

Dated: July 5, 2021                                   Respectfully submitted,


                                                      */s/ August T. Horvath*
                                                      August T. Horvath
                                                      Foley Hoag LLP
                                                      1301 Sixth Avenue, 25th Floor
                                                      New York, New York 10019
                                                      Tel.:  (646) 927-5500
                                                      Fax: (646) 927-5599
                                                      ahorvath@foleyhoag.com
                                                      *Attorneys for Defendant Four Mine, Inc.*

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on this 5th day of July 2021, a true and correct copy
of the foregoing document has been served on counsel of record who are deemed to have
consented to electronic service via electronic mail.



                                        */s/ August T. Horvath*
                                        August T. Horvath



                                        ORDER DISMISSING CASE: In light of the settlement in principle this case is
                                        hereby DISMISSED without prejudice to its reinstatement should the settlement
                                        not be consummated. Barring any further requests for an extension within 90 days
                                        of this order, this dismissal shall deemed with prejudice.
                                        Dated: 7/6/2021
                                        **/s/ Gary R. Brown**
                                        GARY R. BROWN, U.S.D.J.